# Roehl.Jobs

## AGREEMENT FOR THE VALUE OF THE SAFETY AND JOB SKILLS TRAINING PROGRAM - GET YOUR CDL

Congratulations on your acceptance into the Roehl Transport Safety and Job Skills Training Program ("SJSTP")! This powerful and effective education and training program will prepare you for a successful career as a heavy duty truck driver.

Our instructors will teach you the information and train you on the skills you need in order to successfully obtain a Class A CDL. Then you will be paired with one of our certified trainers and begin on the job training to acquire valuable experience and training for the competent, safe, and efficient operation of a tractor/trailer combination. Our instructors and trainers are highly experienced, skilled and trained to teach you what you need to ensure you're confident and ready to do the job of a heavy duty truck driver. Roehl will expend a significant amount of time, money, and effort to provide you with first class job training through our program.

This letter explains our financial commitments to one another. As much as we want to avoid the language of lawyers, we have to be particular about using precise language to govern this financial relationship, which is what we will explain next.

This agreement is between you and Roehl.

Credit Line. On this date, by signing this agreement you promise to repay to Roehl for the value of the SJSTP, the sum of $5,000.00, which Roehl has expended for payment on your behalf for the SJSTP.

**The value of the program is in effect a loan to you. It's a loan you'll never have to pay back as long as you work for us as a driver and complete 120,000 paid solo miles. Once you have completed 120,000 paid solo miles, this debt is completely forgiven and you owe us nothing for the SJSTP.**

Interest Charge. Roehl will impose a 0% interest charge per month on any unpaid balance while you remain employed with us. If you do not satisfy the agreement, interest will accrue at the maximum rate allowed by law.

Promise to Pay. By signing this agreement, you promise to repay to Roehl the value of the SJSTP if you do not complete 120,000 paid solo miles. You are responsible for repayment if you voluntarily terminate your employment or you fail to maintain your driving qualifications other than your physical qualifications - 391.41. If we ask you to leave the program because you lack the necessary skills and end your employment during CDL training or Phase 2 - on-the-job training we will not seek repayment and the debt goes away. **This debt goes away when you have completed 120,000 paid solo miles.**

You begin earning paid solo miles after your graduation date from Phase 2 training and when you receive your first load assignment.

Deduction of Amounts Owed From Wages. By signing this agreement you agree to allow Roehl to offset and deduct any and all amounts owed by you from any pay owed by Roehl to you pursuant to this agreement, provided that any deduction will not contravene state or federal law or reduce your wage to the extent prohibited by any state or federal law.

You are still obligated to pay Roehl for any balance owed for the value of training that is not deducted from your pay. Roehl can bring a claim against you for any sum or sums owed to Roehl. You agree that if Roehl is forced to bring such a claim, Roehl shall be entitled to recover all costs and expenses incurred in connection with that claim and the collection efforts leading up to it, including but not limited to reasonable attorney fees.

If Roehl is not able to recover the entire balance owed for the value of training from your pay that you received then, you agree to repay these amounts within thirty (30) days of your separation date.

Default. If you fail to repay the entire balance within thirty (30) days following your separation date, you understand and

**EXHIBIT A**

agree that Roehl will immediately begin collection proceedings to recover the entire unpaid balance.

If this agreement or any part thereof is not paid when due and is placed in the hands of an attorney for collection, or if this agreement is collected by lawsuit or through other proceedings, you agree to pay the reasonable attorney's fee and court costs associated with collection efforts. Should you not satisfy the agreement, interest will accrue at the maximum rate allowed by law.

Term. This agreement has a stated term, which begins on the date you sign it and is ongoing until you have satisfied the terms of this agreement.

Waiver. This agreement is the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties. There are no unwritten oral agreements between the parties.

Applicable Law. You acknowledge that the aforementioned debt exists and know of no reason why the debt is not a valid debt, or of any defenses to your obligation to repay the debt. This agreement and the rights and obligations of the parties to it shall be governed by and construed and interpreted in all respects with the laws of the State of Wisconsin.

Again, we won't make deductions from your pay for this as long as you're actively at work for us. And, you won't owe us anything if you complete 120,000 paid solo miles. Our agreement is simple - we'll teach you the skills needed to obtain a Class A Comercial Drivers Licesnes and to be a successful heavy duty truck driver at no cost to you as long as you work for us for 120,000 paid solo miles.

I understand that by signing this agreement, I agree to the terms of this agreement.

**Printed Name:** Keith Hamer  **Signed Date:** 04-04-2016
**Social Security #:**

**Signed:** _[signature]_